NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KIMBERLEY JO KONASH,            )
                               )
         Petitioner,           )
                               )
v.                             )     Case No. 2D18-2355
                               )
SCOTT ALLAN KONASH,            )
                               )
         Respondent.           )
_____)

Opinion filed October 12, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Jennifer X.
Gabbard, Judge.

Kimberly Jo Konash, pro se.

W. Matthew Kowtko of Kowtko Law Group,
P.A., Sarasota, for Respondent.


PER CURIAM.


         Denied.


LaROSE, C.J., and KHOUZAM and SLEET, JJ., Concur.